**FILED**
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE GERALD RIDER, # 04022-424 :
U.S. Penitentiary Lee
Penitentiary     PLAINTIFF,
Lee County
POB 305            V
Jonesville, VA 24263-0305
DRUG ENFORCEMENT ADMINISTRATION,

DEFENDANTS

CASE NUMBER 1:06CV01091
JUDGE: Unassigned
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 06/15/2006

**CASE RE-ASSIGNED**
JUL - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KESSLER, J. GK

PETITION FOR ISSUANCE OF A WRIT OF MANDAMUS

Plaintiff George Gerald Rider, acting pro se petition the district court pursuant to 28 U.S.C. § 1361 for issuance of a writ of mandamus compelling the defendant to fulfill its obligations within the scope of the law involving the Freedom of Information Act request made March of 2005 - March of 2006 that has went unfulfilled. In support thereof, the following is presented:

FACTS

On March 22, 2005 plaintiff was specific when making his Freedom of Information Act request. 5 U.S.C. § 552 - 552a. See exhibit 1.

On July 21, 2005 plaintiff received a correspondence from the Drug Enforcement Administration Office that was transferred from Arlington, Virginia office. The response was receipt of inquiry of June 15, 2005. See exhibit 2 attached.

**RECEIVED**
JUN 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On August 24, 2005 plaintiff received another correspondence from the Drug Enforcement Administration. See exhibit 3 attached.

On October 26, 2005 the plaintiff received another correspondence from the Drug Enforcement Administration trying to justify its failure to fulfill plaintiff FOIA request timely. See exhibit 4 attached.

On December 21, 2005 the plaintiff received another correspondence from the Drug Enforcement Administration demanding a estimate fee of $ 255 to fulfill plaintiff FOIA request. See exhibit 5 attached.

On February 24, 2006 plaintiff received another correspondence from the Drug Enforcement Administration advising plaintiff it was in receipt of $ 255 to satisfy the fee estimated in fulfilling petitioner FOIA request. See exhibit 6 attached.

On February 24, 2006 and March 16, 2006 plaintiff received correspondence from the Drug Enforcement Administration attempting to justify not fulfilling plaintiff FOIA even after plaintiff had paid $ 255. See exhibit 7 & 8 attached.


MEMORANDUM OF LAW IN SUPPORT FOR ISSUANCE OF A
            WRIT OF MANDAMUS TO COMPEL


The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owe to plaintiff. 28 U.S.C. § 1361.

This district court held in Nat'l Sec. Studies v CIA, (1983, DC Dist Col) 577 F.Supp 584 that it could compel an agency to disclose

improperly withheld information disclosable under the Freedom of Information Act laws.

In the instant cause, the defendants has have been perfunctory in fulfilling plaintiff Freedom of Information Act request. Knowing that it has exceeded the required ten (10) working days period to fulfill said request. See 552 in relevant part:

> in cases in which the person requesting the records demonstrating a compelling need; and
> that a determination of whether to provide expedited processing shall be made and notice of the determination shall be provided to the person making the request, within 10 days after the date of the request

See 552a(d)(A) in relevant part:

> Each agency that maintains a system of records shall-
> not later than 10 days (excluding Saturday, Sundays, and legal public holidays) after the date of receipt of such request, acknowledge in writing such receipt

The defendants owed plaintiff a duty to comply with the time period by the Freedom of Information Act law and having failed is a basis for the court to issue the writ of mandamus to compel them to remain in compliance with its own rules and regulations. See e.g. McMahon v Califano, (1979 DC Mass) 476 F.Supp. 978 violation of governmental agency's own regulations can be a basis for jurisdiction under 28 USC § 1361 since the head of government agency has duty to comply with regulations he has established.

The plaintiff has demonstrated that he is entitled to disclosure of said information and the defendants continuing evasiveness of fulfilling the FOIA request timely is violation of the law and the court should issue the writ of mandamus and compel compliance. See Greentree v U.S. Custom Service, 674 F.2d 74 (1982).

CONCLUSION

For the foregoing reasons argued the district court should grant the plaintiff relief requested in whole or part. See U.S. v Schurz, 102 U.S. 378 (1880)(Mandamus issues to compel officers to perform ministerial duties).

Date: 5-1-06

Respectfully Submitted

*George G. Rider*

Exhibit 1.

March 22, 2005

George Gerald Rider
Fed. Reg. #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263-0305

[RE: DISCLOSURE REQUEST]

F.B.I. #119822T9

**DRUG ENFORCEMENT ADMINISTRATION (DEA)**
**LINCOLN PLACE I (EAST)**
**600 ARMY NAVY DRIVE**
**ARLINGTON, VIRGINIA 22202**

Dear Sir/Madam:

This will request disclosure of copies of information, records, and other materials relating to me, including materials identified by or in reference to a personal identifier assisgned to my name, contained within the files of your agency, including but not limited to targets of investigations, ongoing investigations, survellience, outstanding warrants, financial inquiry, etc.

I specifically request that this letter be treated under both the Freedom of Information Act, 5 U.S.C. §552, and the Privacy Act, 5 U.S.C. §552(a), and your agency's implementing regulations to permit me maximum access to the available records within ten working days after your receipt of it.

Under present regulations and case law pertaining to the Freedom of Information Act, I believe that these documents are available to me and other members of the ppblic. They are not exempted from required disclosure under present interpretations of the Act, and it is believed that the Justice Department would concur that the information must be released under terms of the Freedom of Information Act.

I agree to pay reasonable charges for search and copying pursuant to regulations of the agency and terms of the statutes. If any material is deemed to be exempt, I request a specific statement of the portion deleted or withheld, a full statement of the reasons for the refusal of access, and specific citation of statutory authority for the denial.

06 1091    FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

*George G. Rider* (signed)

Subscribed and Affirmed to before me on this 28 day of March, 2005.

*Misty Nichols* (signed)
**NOTARY PUBLIC**
My commission expires 12-31-2008

Exhibit 2



U. S. Department of Justice
Drug Enforcement Administration
Freedom of Information Section
Washington, D.C. 20537

---

www.dea.gov								July 21, 2005


George G. Rider
Reg. No. 04022-424
USP Lee County
P.O. Box 305
Jonesville, VA  24263-0305


*Request No.:*        05-1158-P

*Subject of Request:*   Rider, George Gerald


Dear George Rider:

   This is in response to your recent correspondence dated June 15, 2005, to the Drug Enforcement Administration (DEA) seeking information on the above subject pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act (PA), 5 U.S.C. § 552a. Your request has been assigned the above number. It is imperative that you include this number in any future correspondence to this office regarding this request.

   We have reviewed your request and found it to be deficient. Specifically, to ensure an accurate search of DEA records, you must provide your complete name, date and place of birth, social security number and any additional personal identifying information that will assist us in our search. A form is enclosed to assist you in complying with this requirement.

   To this end, until the above requirement is satisfied, no further action will be initiated on this request. Mail your response to the following address. Again, please include the above request number in all correspondence to this office regarding this request.

        Drug Enforcement Administration
        Freedom of Information Section
        Washington, D.C.  20537

06 1091

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page Two

    If you wish to appeal this response, you must do so within sixty (60) days pursuant to 28 C.F.R. § 16.9. The appeal should be directed to the following address with the envelope marked "FOIA/PA APPEAL".

    Co-Director
    Office of Information and Privacy
    FLAG Building, Suite 570
    Washington, D.C. 20530

Sincerely,

Katherine L. Myrick, Chief
Operations Unit
FOI/ Records Management Section

Enclosure



U.S. Department of Justice

Drug Enforcement Administration

---

Request Number: 05-1158-P

Subject of Request: RIDER, GEORGE G.

AUG 2 4 2005

GEORGE G. RIDER #04022-424
USP LEE COUNTY
P.O. BOX 305
JONESVILLE, VA 24263

DEAR GEORGE G. RIDER:

The Drug Enforcement Administration (DEA) has received your completed Department of Justice (DOJ), Certificate of Identity, dated July 25, 2005, addressed to the Drug Enforcement Administration (DEA), Operations Unit, FOI/Records Management, for access to records pertaining to you.

First, I apologize for the inordinate amount of time it has taken to acknowledge the receipt of your completed DOJ Form 361. We are at this time experiencing a computer transition that has adversely impacted our response time to the public. However, this matter has not impacted the quality of our service and our dedication to the public at large, including your request.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your statement in your initial request letter dated June 16, 2005, that you promise to pay reasonable fees charged under 28 C.F.R. 16.11.

Please be assured that your request is being handled as equitably as possible. Upon completion of the preliminary search for responsive records, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine Myrick

Katherine L. Myrick, Chief
FOI/Records Management Section
Operations Unit

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*

Exhibit 4

**U.S. Department of Justice**
Drug Enforcement Administration

OCT 2? 2005

Case Number: 05-1158-P

Subject: RIDER, GEORGE GERALD

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263

Dear George G. Rider:

    We are in receipt of your recent inquiry regarding the status of your pending Freedom of Information/Privacy Act request.

    Due to the large number of requests received by DEA for disclosure of records pursuant to the Acts, and due to the limited resources available to process such requests, DEA has adopted a "first-in, first-out" practice of processing all incoming requests. This policy complies with the decision in, Open America v. Watergate Special Prosecution Force, 547 F.2d 605, (D.C. Cir. 1976), citing 5 U.S.C. 552 (a)(6)(C) and is applied consistently by DEA.

    Your request has been placed in chronological order based on the date of receipt and it will be handled as expeditiously as possible when it is assigned for processing. DEA has received many thousands of requests since 1975 and has only departed from this policy in a few instances where the requester was able to establish a compelling public interest, or where the requester was able to demonstrate an exceptional need or urgency.

    Your patience in this matter is appreciated.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

06 1091

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 5

**U.S. Department of Justice**
Drug Enforcement Administration

DEC 21 2005

---

Request Number: 05-1158-P

Subject of Request: Rider, George Gerald

                              Estimated Total Fees: $255.00
                              Search Fees: $255.00
                              Reproduction Fees: <u>Undetermined at this time.</u>

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263

Dear George G. Rider:

      The search and/or reproduction fees for processing your Freedom of Information /Privacy Act request is anticipated to <u>equal or exceed</u> the amount noted above. Additionally, it is requested that you agree to pay all remaining fees incurred upon complete processing of your request. However, even upon receipt of all processing fees, the Drug Enforcement Administration (DEA) **cannot** guarantee that any documents will be made available to you under the Freedom of Information Act.

      **Upon receipt of your payment, DEA will initiate further processing of your request. However, if this office does not receive your payment within forty-five days (45), DEA will assume that you do not wish to pursue this matter and your request will be administratively closed.**

      Upon receipt of a **certified check or money order** in the amount indicated above, made payable to the Treasury of the United States, the processing of your request can begin. Please indicate on the face of your check the Case Number noted above, and mail to the following address:

      DRUG ENFORCEMENT ADMINISTRATION
      FREEDOM OF INFORMATION SECTION
      WASHINGTON, D.C. 20537

                        Sincerely,

                        Katherine L. Myrick
                        Chief, Operations Unit
                        FOI/Records Management Section

06 1091

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 6

**U.S. Department of Justice**
Drug Enforcement Administration

FEB 2 4 2006

---

Case Number: 05-1158-P

Subject: RIDER, GEORGE GERALD

Gerald G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA  24263-0305

Dear Gerald G. Rider:

    This is to acknowledge the receipt of your money order for $255.00 dated January 18, 2006; for estimated search and/or reproduction fees for processing your Freedom of Information/Privacy Act request.

    Your money order was received by the Drug Enforcement Administration, Freedom of Information Operations Unit on February 2, 2006.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Exhibit 7 & 8

**U.S. Department of Justice**
Drug Enforcement Administration

MAR 1 6 2006

Case Number: 05-1158-P

Subject: RIDER, GEORGE GERALD

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263

Dear George G. Rider:

We are in receipt of your recent inquiry regarding the status of your pending Freedom of Information/Privacy Act request.

Due to the large number of requests received by DEA for disclosure of records pursuant to the Acts, and due to the limited resources available to process such requests, DEA has adopted a "first-in, first-out" practice of processing all incoming requests. This policy complies with the decision in, Open America v. Watergate Special Prosecution Force, 547 F.2d 605, (D.C. Cir. 1976), citing 5 U.S.C. 552 (a)(6)(C) and is applied consistently by DEA.

Your request has been placed in chronological order based on the date of receipt and it will be handled as expeditiously as possible when it is assigned for processing. DEA has received many thousands of requests since 1975 and has only departed from this policy in a few instances where the requester was able to establish a compelling public interest, or where the requester was able to demonstrate an exceptional need or urgency.

Your patience in this matter is appreciated.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

06 1001

FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT