```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


GEORGE GERALD RIDER,            )
  #04022-424                    )
  U.S. PENITENTIARY- LEE        )
  Post Office Box 305           )
  Jonesville, VA 24263-0305,    )
                                )
          Plaintiff,            )
                                )
          v.                    )    Civil No. 06-1091 GK
                                )
DRUG ENFORCEMENT ADMINISTRATION )
  U.S. DEPARTMENT OF JUSTICE,   )
  Washington, D.C. 20530,       )
                                )
          Defendant.            )
_____)
```

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendant in this case.

```
                    _____
                    MARINA UTGOFF BRASWELL, D.C. BAR #416587
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7226
```

## CERTIFICATE OF SERVICE

I certify that the accompanying Praecipe was served upon plaintiff pro se by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>GEORGE GERALD RIDER
>#04022-424
>U.S. PENITENTIARY- LEE
>Post Office Box 305
>Jonesville, VA 24263-0305

on this 7th day of August, 2006

>_____
>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226