UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GEORGE GERALD RIDER,             )
  #04022-424                     )
  U.S. PENITENTIARY- LEE         )
  Post Office Box 305            )
  Jonesville, VA 24263-0305,     )
                                 )
        Plaintiff,                )
                                 )
        v.                       )   Civil No. 06-1091 GK
                                 )
DRUG ENFORCEMENT ADMINISTRATION) 
  U.S. DEPARTMENT OF JUSTICE,    )
  Washington, D.C. 20530,        )
                                 )
        Defendant.                )
                                 )
```

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

In this Freedom of Information Act case, defendant herebyoves for an extension of time, to and including August 25, 2006, in which to file defendant's answer in this case. Defense counsel is in the process of obtaining the information needed to respond to the Complaint, but she will be out of town next week, and on August 15th her son is scheduled for surgery. Defense counsel will need to be out of the office for several days following this event to aid in his recuperation. Since being assigned this case, defense counsel has had to: (1) complete a dispositive motion and reply to an opposition to a dispositive motion in the Court of Appeals; (2) file five briefs in different cases in this Court; (3) defend two depositions, which also involved two days of witness preparation; and (3) address several discovery issues in a purported class action Title VII case.

Accordingly, additional time is needed for defense counsel to gather the information necessary to respond to the Complaint in this case.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

## CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>GEORGE GERALD RIDER
>#04022-424
>U.S. PENITENTIARY- LEE
>Post Office Box 305
>Jonesville, VA 24263-0305

on this ___7th___ day of August, 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226