UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GEORGE GERALD RIDER,            )
   #04022-424                   )
                                )
        Plaintiff,              )
                                )
        v.                      )   Civil No. 06-1091 GK
                                )
DRUG ENFORCEMENT ADMINISTRATION )
   U.S. DEPARTMENT OF JUSTICE,  )
                                )
        Defendant.              )
                                )
```

DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

In this Freedom of Information Act [FOIA] case, defendant hereby moves for a further extension of time, to and including October 31, 2006, in which to respond to plaintiff pro se's petition for mandamus, which is in effect plaintiff's Complaint under the FOIA & Privacy Act.[1]  As previously explained by DEA, DEA has been retrieving additional records responsive to plaintiff's access request and processing them for possible release to plaintiff.  Due to the volume of records at issue, DEA had previously estimated that it would complete this process by October 13, 2006.  Additional time, however, is needed for DEA to

---

[1] Although defendant could simply move to dismiss the case because mandamus would clearly not lie, see, e.g., Fornaro v. James, 416 F.3d 63, 69 (D.C. Cir. 2005) (mandamus only available when "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff.'"), quoting Power v. Barnhart, 292 F.3d 781, 784 (D.C. Cir. 2002), it appears that the interests of justice are better served by treating plaintiff's filing as a Complaint under the FOIA, which appears to be its intent.

complete this process.  Accordingly, the additional time requested is needed in order for defendant to be able to respond to plaintiff's filing with a substantive response.[2]

Plaintiff <u>pro</u> <u>se</u> prisoner is exempt from the requirement to confer on nondispositive motions.  <u>Accord</u> Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR, D.C. BAR #498610
                    United States Attorney

                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

                    MARINA UTGOFF BRASWELL, DC BAR #416587
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    555 4th Street, N.W. - Civil Division
                    Washington, D.C. 20530
                    (202) 514-7226

---

[2] This motion was not filed sooner because the declarant was out of the office and thus unavailable to sign his declaration explaining the status of the case to the Court.

## CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Further Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>GEORGE GERALD RIDER
>#04022-424
>U.S. PENITENTIARY- LEE
>Post Office Box 305
>Jonesville, VA 24263-0305

on this ___13th___ day of October 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226