```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


GEORGE GERALD RIDER,              )
   #04022-424                     )
                                  )
        Plaintiff,                )
                                  )
        v.                        )    Civil No. 06-1091 GK
                                  )
DRUG ENFORCEMENT ADMINISTRATION)
   U.S. DEPARTMENT OF JUSTICE,    )
                                  )
        Defendant.                )
                                  )
```

DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

In this Freedom of Information Act [FOIA] case, defendant hereby moves for a further extension of time, to and including November 30, 2006, in which to respond to plaintiff pro se's petition for mandamus, which is in effect plaintiff's Complaint under the FOIA & Privacy Act.[1] As explained in the accompanying Declaration of William Little, a fee letter has been sent to plaintiff with certain fees assessed in this case. Until a response is received from plaintiff, and the payment of the fees currently due and owing, and a promise to pay the substantial fees estimated for the additional work, DEA is not processing the

---

[1] Although defendant could simply move to dismiss the case because mandamus would clearly not lie, see, e.g., Fornaro v. James, 416 F.3d 63, 69 (D.C. Cir. 2005) (mandamus only available when "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff.'"), quoting Power v. Barnhart, 292 F.3d 781, 784 (D.C. Cir. 2002), it appears that the interests of justice are better served by treating plaintiff's filing as a Complaint under the FOIA, which appears to be its intent.

additional records responsive to plaintiff's access request.  The requested extension is to resolve the fee issue with plaintiff or, if unresolved, for defendant to file a dispositive motion.

Plaintiff <u>pro</u> <u>se</u> prisoner is exempt from the requirement to confer on nondispositive motions.  <u>Accord</u> Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

                        Respectfully submitted,

                        _____
                        JEFFREY A. TAYLOR, D.C. BAR #498610
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        _____
                        MARINA UTGOFF BRASWELL, DC BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Further Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>GEORGE GERALD RIDER
>#04022-424
>U.S. PENITENTIARY- LEE
>Post Office Box 305
>Jonesville, VA 24263-0305

on this   31st   day of October 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226