

**U. S. Department of Justice**

Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

_www.dea.gov_

George G. Rider #04022-424
USP Lee County
Post Office Box 305
Jonesville, Virginia 24263

_George Gerald Rider v. U.S. Dept. of Justice_, CA No. 06-1091 GK

Dear Mr.Rider:

Enclosed please find portions of 103 pages of material, responsive to your Freedom of Information Privacy Act/Request dated June 15, 2005, forwarded to the Drug Enforcement Administration (DEA), that is the subject of the above entitled litigation. Based on your request, DEA has located 222 pages of responsive material of which 119 pages were withheld in their entirety. Information is withheld pursuant to Privacy Act (PA), 5 U.S.C. § 552a, Exemption (j)(2), and the Freedom of Information (FOIA), 5 U.S.C. § 552, Exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(F).

In conjunction with the above-captioned civil action, a litigation review was conducted of DEA FOIA Request No. 05-1158. As a result of that review, it was discovered that the total number of DEA investigative case files, in which you were mentioned, was not considered in making the initial determinations. Based upon the DEA Freedom of Information Operations Unit letter of December 21, 2005, and the unit's FOIA request file, you were informed of the estimated fee of $255.00. This amount only covered the search of four (4) headquarters files. The 222 pages are the result of a search of six (6) investigative case files, that includes five (5) headquarters case files and one (1) field file. The search of the files encompassed six (6) hours and 15 minutes. The fee for the search and copying of the material is $354.00. The fee exceeds the estimated fee of $255.00 which you previously tendered. However, since the work was performed without giving you notice of the additional amount due, DEA waives the $99.00 difference.

The query of the Narcotics and Dangerous Drug Information System (NADDIS) indicates that you are mentioned in 22 investigative case files. For each investigative case file number, there are, however, a DEA Headquarters and a corresponding field file. Thus, there are 44 DEA investigative files that contain information responsive to your request. Ordinarily, the time to search a headquarters file is approximately two (2) hours and four (4) hours for the field file. Of the 22 file

George G. Rider                                                                                       Page 2
October 24, 2006

numbers, five (5) are designated Subject/Defendant and the remaining 17 are related files. Subject/defendant files are the investigative files in which there exists a DEA Personal History Report or a DEA Defendant Disposition Report in which you were the "named" individual, or in which your name was used as the file title or subject of the investigation. A *related file* is an investigative case file in which you are mentioned, but no personal history or disposition reports about you were included in the file. Five (5) headquarters and one (1) field Subject/Defendant files were searched and the releasable material is that which is enclosed.

Rather than delaying until after all the files were searched and the responsive information processed and then informing you of the actual cost of processing the request, be advised that the estimated search fee for the remaining 38 investigative files is approximately $3,000.00. Under the FOIA, once a requester obligates themselves to pay fees, the amount of the fee becomes due and owing and, until the balance is paid, a release is not made. Also, if the requester does not pay once they are informed of the fee for which the work that was performed, an agency is not obligated to release responsive material or respond to any future requests received from the requester.

Given the discrepancy in the amount of the original estimated fee to search and process a limited number of files and the actual fee to search and process the remaining files, you are afforded the opportunity to promise to pay for the search of the remaining files or to reformulate your request; thereby reducing the actual fee. The amount may be reduced by electing to have only the headquarters or field files searched, by limiting the files to those in which you were a subject/defendant or mentioned in related files, and/or specifying a period of time in which investigative case files were established or reports created.

If a response is not received within 30 days of your receipt of this letter, it will be presumed that you do not wish the DEA to conduct the search of the additional files and the processing and release of any responsive materials maintained in the files.


                                                Sincerely,


                                                William C. Little, Jr.
                                                Senior Attorney
                                                Administrative Law Section


CCA Chron
CCA File
Document name:H:MyDocuments:lwassom/correspondence/riderreleaseltr.wpd