UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GEORGE GERALD RIDER,           )
   #04022-424                  )
                               )
       Plaintiff,              )
                               )
       v.                      )   Civil No. 06-1091 GK
                               )
DRUG ENFORCEMENT ADMINISTRATION)
   U.S. DEPARTMENT OF JUSTICE, )
   Washington, D.C. 20530,     )
                               )
       Defendant.              )
                               )
```

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

In this Freedom of Information Act case, this Court by Order dated November 2, 2006, granted defendant's motion for extension of time to respond to plaintiff's petition for mandamus/complaint in this case to November 30, 2006. Prior to that date, plaintiff moved for a default judgment, which was in essence an opposition to defendant's motion for enlargement of time. Although defendant believes that this Court has mooted out plaintiff's motion by its November 2d Order, out of an abundance of caution defendant moves for an extension of time, to and including November 30, 2006, in which to respond to plaintiff's motion for default.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant

respectfully requests that this motion be granted.

                                  Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>GEORGE GERALD RIDER
>#04022-424
>U.S. PENITENTIARY- LEE
>Post Office Box 305
>Jonesville, VA 24263-0305

on this   20th   day of November, 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226