GEORGE G. RIDER
Reg.: # 04022-424
USP--LEE COUNTY
P.O. BOX 305
JONESVILLE, VA 24263-0305

November 12, 2006

CLERK OF THE COURT
U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

**FILED**

**NOV 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06cv1091-GK

Greetings:

Please be advised that as of November 17, 2006, I will not be at the above-referenced address any longer. Please address all future correspondence to the following:

ATTORNEY-AT-LAW
DEDAY LA RENE
7737 ROCTON COURT
CHEVY CHASE, MD   20815
ATTN: GEORGE G. RIDER

I thank you in advance for your time and kind assistance regarding this Notice of my change of address, and I trust that you will docket my new address in the attached proceedings.

Sincerely yours,

George G. Rider
George G. Rider

cc: File