UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE GERALD RIDER,         ) | |
|   #04022-424              ) | |
|                       ) | |
|        Plaintiff,     ) | |
|                       ) | |
|        v.              ) | Civil No. 06-1091 GK |
|                       ) | |
| DRUG ENFORCEMENT ADMINISTRATION) | |
|   U.S. DEPARTMENT OF JUSTICE,  ) | |
|                       ) | |
|        Defendant.     ) | |

DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

In this Freedom of Information Act [FOIA] case, defendant hereby moves for a further extension of time, to and including December 5, 2006, in which to respond to plaintiff pro se's petition for mandamus, which is in effect plaintiff's Complaint under the FOIA & Privacy Act, and Plaintiff's Motion for Default. Plaintiff has recently filed a petition for a writ of habeas corpus, which defense counsel received when it was entered into the Court's ECF system on November 21, 2006. Since defense counsel was not served by plaintiff with this filing, defendant's time to respond should run from November 21, 2006, which would make the response due December 5, 2006. In the interests of judicial economy, defendant seeks to respond to these 3 filings on the same day – December 5, 2006. This motion was not filed yesterday because defense counsel had to be unexpectedly out of the office for an medical appointment in Baltimore.

Plaintiff pro se prisoner is exempt from the requirement to

confer on nondispositive motions.   <u>Accord</u> Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Further

Enlargement of Time was served upon plaintiff by depositing a

copy of it in the U.S. mail, first class postage prepaid,

addressed to:

GEORGE GERALD RIDER
C/o Deday La Rene, Attorney at Law
7737 Rocton Court
Chevy Chase, MD 20815

on this ___1ST___ day of December, 2006.

MARINA UTGOFF BRASWELL, D.C. Bar #416587
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226