# EXHIBIT A

June 15, 2005

George Gerald Rider
Fed. Reg. #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263-0305

[RE: DISCLOSURE REQUEST]

F.B.I. #119822T9

**DRUG ENFORCEMENT ADMINISTRATION (DEA)**
**LINCOLN PLACE I (EAST)**
**600 ARMY NAVY DRIVE**
**ARLINGTON, VIRGINIA 22202**

Dear Sir/Madam:

This will request disclosure of copies of information, records, and other
materials relating to me, including materials identified by or in reference to
a personal identifier assisgned to my name, contained within the files of your
agency, including but not limited to targets of investigations, ongoing inves-
tigations, survellience, outstanding warrants, financial inquiry, etc.

I specifically request that this letter be treated under both the Freedom of
Information Act, 5 U.S.C. §552, and the Privacy Act, 5 U.S.C. §552(a), and
your agency's implementing regulations to permit me maximum access to the
available records within ten working days after your receipt of it.

Under present regulations and case law pertaining to the Freedom of Information
Act, I believe that these documents are available to me and other members of the
ppblic. They are not exempted from required disclosure under present interpreta-
tions of the Act, and it is believed that the Justice Department would concur
that the information must be released under terms of the Freedom of Information
Act.

I agree to pay reasonable charges for search and copying pursuant to regulations
of the agency and terms of the statutes. If any material is deemed to be exempt,
I request a specific statement of the portion deleted or withheld, a full state-
ment of the reasons for the refusal of access, and specific citation of statutory
authority for the denial.

Respectfully Submitted,

*George G. Rider*

Subscribed and Affirmed to me on this ___16___ day of June, 2005.

*Misty Nichols*
**NOTARY PUBLIC**
Commission expires
12-31-2008

# EXHIBIT B



**U. S. Departn    t of Justice**
Drug Enforcement Administration
Freedom of Information Section
Washington, D.C.  20537

*www.dea.gov*                                                     July 21, 2005

George G. Rider
Reg. No. 04022-424
USP Lee County
P.O. Box 305
Jonesville, VA  24263-0305

*Request No.:*          05-1158-P

*Subject of Request:*   Rider, George Gerald

Dear George Rider:

This is in response to your recent correspondence dated June 15, 2005, to the Drug Enforcement Administration (DEA) seeking information on the above subject pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act (PA), 5 U.S.C. § 552a.  Your request has been assigned the above number.  It is imperative that you include this number in any future correspondence to this office regarding this request.

We have reviewed your request and found it to be deficient.  Specifically, to ensure an accurate search of DEA records, you must provide your complete name, date and place of birth, social security number and any additional personal identifying information that will assist us in our search. A form is enclosed to assist you in complying with this requirement.

To this end, until the above requirement is satisfied, no further action will be initiated on this request.  Mail your response to the following address.  Again, please include the above request number in all correspondence to this office regarding this request.

Drug Enforcement Administration
Freedom of Information Section
Washington, D.C.  20537

Page Two

If you wish to appeal this response, you must do so within sixty (60) days pursuant to 28 C.F.R. § 16.9. The appeal should be directed to the following address with the envelope marked "FOIA/PA APPEAL".

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, D.C.  20530

Sincerely,

Katherine L. Myrick, Chief
Operations Unit
FOI/ Records Management Section

Enclosure

U.S. Department of Justice    **Certification of Identity**    

05-1158-P

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester: **George Gerald Rider Jr.**

Current Address: **P.O. Box 305  Jonesville Va. 24263**

Date of Birth: **June 28, 1958**

Place of Birth: **Detroit, MI**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature: **George G. Rider**  original    Date: **7-25-05**

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM DOJ-361
FEB. 95

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

# EXHIBIT C



**U.S. Department of Justice**

Drug Enforcement Administration

AUG 2 4 2005

Request Number:    05-1158-P

Subject of Request:    RIDER, GEORGE G.

GEORGE G. RIDER #04022-424
USP LEE COUNTY
P.O. BOX 305
JONESVILLE, VA 24263

DEAR GEORGE G. RIDER:

The Drug Enforcement Administration (DEA) has received your completed Department of Justice (DOJ), Certificate of Identity, dated July 25, 2005, addressed to the Drug Enforcement Administration (DEA), Operations Unit, FOI/Records Management, for access to records pertaining to you.

First, I apologize for the inordinate amount of time it has taken to acknowledge the receipt of your completed DOJ Form 361. We are at this time experiencing a computer transition that has adversely impacted our response time to the public. However, this matter has not impacted the quality of our service and our dedication to the public at large, including your request.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your statement in your initial request letter dated June 16, 2005, that you promise to pay reasonable fees charged under 28 C.F.R. 16.11.

Please be assured that your request is being handled as equitably as possible. Upon completion of the preliminary search for responsive records, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

*Katherine L. Myrick*

Katherine L. Myrick, Chief
FOI/Records Management Section
Operations Unit

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*

# EXHIBIT D



Katherine L. Myrick
FOI/Records Management Section
U.S. Department of Justice [DEA]
Robert F. Kennedy Bldg.
950 Pennsylvania Ave. N.W.
Washington, D.C.  20530

**Requester Number 05-1158-P.**

Dear Ms. Myrick,

      I am in receipt of your August 24, 2005 letter where you had indicated that your office was experiencing a "computer transition" that has impacted your office response to the public.

    I am in hopes that this problem has been corrected. However, I am in desperate need for the requested documents as soon as possible. Unfortunately I have a deadline I must meet in order to substantiate some very important matters. I would appreciate your prompt and expeditious response to my request.  I thank you in advance.

Date: _9-28-05_ .

Respectfully Submitted,

*George G. Rider*

George G. Rider # 04022-424
U.S. Penitentiary Lee
P.O. Box 305
Jonesville, VA. 24263

cc.  Robert Slameka [Attorney]
     Congress Woman Carolyn Kilpatrick

# EXHIBIT E



**U.S. Departm   i of Justice**
Drug Enforcement Administration

*Case Number: 05-1158-P*                    OCT 2 8 2005

*Subject: RIDER, GEORGE GERALD*

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA  24263

Dear George G. Rider:

        We are in receipt of your recent inquiry regarding the status of your pending Freedom of
Information/Privacy Act request.

        Due to the large number of requests received by DEA for disclosure of records pursuant to
the Acts, and due to the limited resources available to process such requests, DEA has adopted a
"first-in, first-out" practice of processing all incoming requests. This policy complies with the
decision in, <u>Open America</u> v. <u>Watergate Special Prosecution Force</u>, 547 F.2d 605, (D.C. Cir. 1976),
citing 5 U.S.C. 552 (a)(6)(C) and is applied consistently by DEA.

        Your request has been placed in chronological order based on the date of receipt and it will
be handled as expeditiously as possible when it is assigned for processing. DEA has received many
thousands of requests since 1975 and has only departed from this policy in a few instances where
the requester was able to establish a compelling public interest, or where the requester was able to
demonstrate an exceptional need or urgency.

        Your patience in this matter is appreciated.

                                    Sincerely,

                                    Katherine L. Myrick
                                    Chief, Operations Unit
                                    FOI/Records Management Section

# EXHIBIT F



DEC 2 1 2005

**U.S. Departme⌐ ·⌐Justice**
Drug Enforcement Administration

---

*Request Number: 05-1158-P*

*Subject of Request: Rider, George Gerald*

*Estimated Total Fees: $255.00*
*Search Fees: $255.00*
*Reproduction Fees: Undetermined at this time.*

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA 24263

Dear George G. Rider:

The search and/or reproduction fees for processing your Freedom of Information /Privacy Act request is anticipated to equal or exceed the amount noted above. Additionally, it is requested that you agree to pay all remaining fees incurred upon complete processing of your request. However, even upon receipt of all processing fees, the Drug Enforcement Administration (DEA) **cannot** guarantee that any documents will be made available to you under the Freedom of Information Act.

**Upon receipt of your payment, DEA will initiate further processing of your request. However, if this office does not receive your payment within forty-five days (45), DEA will assume that you do not wish to pursue this matter and your request will be administratively closed.**

Upon receipt of a **certified check or money order** in the amount indicated above, made payable to the Treasury of the United States, the processing of your request can begin. Please indicate on the face of your check the Case Number noted above, and mail to the following address:

DRUG ENFORCEMENT ADMINISTRATION
FREEDOM OF INFORMATION SECTION
WASHINGTON, D.C. 20537

Sincerely,

*Katherine L. Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

92
9

# EXHIBIT G



**U.S. Departmen. . Justice**
Drug Enforcement Administration

FEB 2 4 2006

---

Case Number: *05-1158-P*

Subject: *RIDER, GEORGE GERALD*

Gerald G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA   24263-0305

Dear Gerald G. Rider:

This is to acknowledge the receipt of your money order for $255.00 dated January 18, 2006; for estimated search and/or reproduction fees for processing your Freedom of Information/Privacy Act request.

Your money order was received by the Drug Enforcement Administration, Freedom of Information Operations Unit on February 2, 2006.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT H

February 6, 2006

George G. Rider  #04022-424
U.S.P. Lee County
Post Office Box 305
Jonesville, Virginia  24263

United States Department of Justice
Drug Enforcement Administration
Freedom of Information Section
Attn:  Katherine L. Myrick
Washington, D.C.  20537

In Re:  Status of Requested Information in case number:  05-1158-P

Dear Ms. Myrick:

     I type this brief missive to inquire about status of my Freedom of
Information request with respect to the above case number.  In that, you have
been very helpful in my endeavors Ms. Myrick, I decided to write you for your
assistance.

     When initiating my request, I was notified that there would be a fee
of $255.00.  Needless to say, I recently forwarded a money order to this
Department in the aforesaid amount.  Therefore, I seek to know whether my
money order has been received, and if it has, how long of a process would it
take before I receive all of the requested information.

     In closing, I can't help but thank you in advance for your time, patience,
consideration, and most noble assistance.

                         Cordially,

                         George G. Rider
                         George G. Rider

2006 FEB 17  PM 1:32
SARO
OPERATIONS UNIT

# EXHIBIT I



**U.S. Departme~ ~f Justice**
Drug Enforcement Administration

FEB 2 4 2006

---

*Case Number: 05-1158-P*

*Subject: RIDER, GEORGE GERALD*

Gerald G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA   24263-0305

Dear Gerald G. Rider:

   We are in receipt of your recent inquiry regarding the status of your pending Freedom of Information/Privacy Act request.

   Due to the large number of requests received by DEA for disclosure of records pursuant to the Acts, and due to the limited resources available to process such requests, DEA has adopted a "first-in, first-out" practice of processing all incoming requests.  This policy complies with the decision in, <u>Open America</u> v. <u>Watergate Special Prosecution Force</u>, 547 F.2d 605, (D.C. Cir. 1976), citing 5 U.S.C. 552 (a)(6)(C) and is applied consistently by DEA.

   Your request has been placed in chronological order based on the date of receipt and it will be handled as expeditiously as possible when it is assigned for processing.  DEA has received many thousands of requests since 1975 and has only departed from this policy in a few instances where the requester was able to establish a compelling public interest, or where the requester was able to demonstrate an exceptional need or urgency.

   Your patience in this matter is appreciated.

                              Sincerely,

                              *Katherine L. Myrick*

                              Katherine L. Myrick
                              Chief, Operations Unit
                              FOI/Records Management Section           9V

                                                                    9

# EXHIBIT J

CERTIFIED RECEIPT #:   7004 2510 0002 2152 1590

March 6, 2006

George G. Rider  #04022-424
U.S.P. Lee County
Post Office Box 305
Jonesville, Virginia  24263

United States Department of Justice
Drug Enforcement Administration
Freedom of Information Section
Attn:  Katherine L. Myrick
Washington, D.C.  20537

In Re:  ·Follow up of February 6, 2006 Letter Requesting Status of Requested
        Information in Case Number:  05-1158-P

Dear Ms. Myrick:

        I respectfully type this missive, not to inundate you with my persistent
request, but rather to find out the status of my Freedom of Information request
regarding the above case number.

        Nevertheless, I forwarded a letter to you on February 6, 2006, but have
yet to receive a response thereto.  With this said, I'm fully aware of the fact
of how busy it may be within this sector of the Department of Justice; however,
I'm in desperate need of the requested information.  In the same breath, and
when initiating my request, I was notified that there would be a fee of $255.00
before receiving the requested information from this Department.  Suffice it to
say, the fee has been paid approximately three (3) months now, and I have not
heard anything further regarding my request.

        Therefore, and if time permits would you please respond to the foregoing
within ten (10) business working days upon your receipt of this letter.  As
always, I kindly thank you in advance for your time, patience, consideration,
and most noble assistance in the above urgent matter.

                            Cordially,

                            George G. Rider
                            George G. Rider

# EXHIBIT K



**U.S. Department of Justice**
Drug Enforcement Administration

MAR 1 6 2006

---

*Case Number: 05-1158-P*

*Subject: RIDER, GEORGE GERALD*

George G. Rider #04022-424
USP Lee County
P.O. Box 305
Jonesville, VA  24263

Dear George G. Rider:

We are in receipt of your recent inquiry regarding the status of your pending Freedom of Information/Privacy Act request.

Due to the large number of requests received by DEA for disclosure of records pursuant to the Acts, and due to the limited resources available to process such requests, DEA has adopted a "first-in, first-out" practice of processing all incoming requests. This policy complies with the decision in, <u>Open America</u> v. <u>Watergate Special Prosecution Force</u>, 547 F.2d 605, (D.C. Cir. 1976), citing 5 U.S.C. 552 (a)(6)(C) and is applied consistently by DEA.

Your request has been placed in chronological order based on the date of receipt and it will be handled as expeditiously as possible when it is assigned for processing. DEA has received many thousands of requests since 1975 and has only departed from this policy in a few instances where the requester was able to establish a compelling public interest, or where the requester was able to demonstrate an exceptional need or urgency.

Your patience in this matter is appreciated.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT L



**U. S. Department of J⋯  .ce**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

**OCT** 2 4 2006

George G. Rider #04022-424
USP Lee County
Post Office Box 305
Jonesville, Virginia 24263

*George Gerald Rider v. U.S. Dept. of Justice*, CA No. 06-1091 GK

Dear Mr.Rider:

　　Enclosed please find portions of 103 pages of material, responsive to your Freedom of Information Privacy Act/Request dated June 15, 2005, forwarded to the Drug Enforcement Administration (DEA), that is the subject of the above entitled litigation. Based on your request, DEA has located 222 pages of responsive material of which 119 pages were withheld in their entirety. Information is withheld pursuant to Privacy Act (PA), 5 U.S.C. § 552a, Exemption (j)(2), and the Freedom of Information (FOIA), 5 U.S.C. § 552, Exemptions (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(F).

　　In conjunction with the above-captioned civil action, a litigation review was conducted of DEA FOIA Request No. 05-1158. As a result of that review, it was discovered that the total number of DEA investigative case files, in which you were mentioned, was not considered in making the initial determinations. Based upon the DEA Freedom of Information Operations Unit letter of December 21, 2005, and the unit's FOIA request file, you were informed of the estimated fee of $255.00. This amount only covered the search of four (4) headquarters files. The 222 pages are the result of a search of six (6) investigative case files, that includes five (5) headquarters case files and one (1) field file. The search of the files encompassed six (6) hours and 15 minutes. The fee for the search and copying of the material is $354.00. The fee exceeds the estimated fee of $255.00 which you previously tendered. However, since the work was performed without giving you notice of the additional amount due, DEA waives the $99.00 difference.

　　The query of the Narcotics and Dangerous Drug Information System (NADDIS) indicates that you are mentioned in 22 investigative case files. For each investigative case file number, there are, however, a DEA Headquarters and a corresponding field file. Thus, there are 44 DEA investigative files that contain information responsive to your request. Ordinarily, the time to search a headquarters file is approximately two (2) hours and four (4) hours for the field file. Of the 22 file

George G. Rider                                                                                          Page 2
October 24, 2006

numbers, five (5) are designated Subject/Defendant and the remaining 17 are related files. Subject/defendant files are the investigative files in which there exists a DEA Personal History Report or a DEA Defendant Disposition Report in which you were the "named" individual, or in which your name was used as the file title or subject of the investigation. A *related file* is an investigative case file in which you are mentioned, but no personal history or disposition reports about you were included in the file. Five (5) headquarters and one (1) field Subject/Defendant files were searched and the releasable material is that which is enclosed.

Rather than delaying until after all the files were searched and the responsive information processed and then informing you of the actual cost of processing the request, be advised that the estimated search fee for the remaining 38 investigative files is approximately $3,000.00. Under the FOIA, once a requester obligates themselves to pay fees, the amount of the fee becomes due and owing and, until the balance is paid, a release is not made. Also, if the requester does not pay once they are informed of the fee for which the work that was performed, an agency is not obligated to release responsive material or respond to any future requests received from the requester.

Given the discrepancy in the amount of the original estimated fee to search and process a limited number of files and the actual fee to search and process the remaining files, you are afforded the opportunity to promise to pay for the search of the remaining files or to reformulate your request; thereby reducing the actual fee. The amount may be reduced by electing to have only the headquarters or field files searched, by limiting the files to those in which you were a subject/defendant or mentioned in related files, and/or specifying a period of time in which investigative case files were established or reports created.

If a response is not received within 30 days of your receipt of this letter, it will be presumed that you do not wish the DEA to conduct the search of the additional files and the processing and release of any responsive materials maintained in the files.

                                   Sincerely,


                                   William C. Little, Jr.
                                   Senior Attorney
                                   Administrative Law Section


CCA Chron
CCA File
Document name:H:MyDocuments:lwassom/correspondence/riderreleaseltr.wpd

# EXHIBIT M

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Mr. George G-Kider
#04022-424
USP Lee County
P. O. Box 305
Jonesville, VA 24263

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
W. BOTHOF              10-30-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☑ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540