```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


GEORGE GERALD RIDER,              )
  #04022-424                      )
                                  )
        Plaintiff,                )
                                  )
        v.                        )    Civil No. 06-1091 GK
                                  )
DRUG ENFORCEMENT ADMINISTRATION   )
  U.S. DEPARTMENT OF JUSTICE,     )
                                  )
        Defendant.                )
                                  )
```

                    DEFENDANT'S NOTICE OF FILING

   The attached "Attachment A" was served on plaintiff with defendant's dispositive motion filed today but was inadvertently not made a part of defendant's electronic filing of that motion.

                              Respectfully submitted,


                              _____/s/_____
                              MARINA UTGOFF BRASWELL, DC BAR #416587
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              555 4th Street, N.W. - Civil Division
                              Washington, D.C. 20530
                              (202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Notice of Filing, with attachment, was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>    GEORGE GERALD RIDER
>    C/o Deday La Rene, Attorney at Law
>    7737 Rocton Court
>    Chevy Chase, MD 20815

on this ___5th___ day of December, 2006.

>    _____/s/_____
>    MARINA UTGOFF BRASWELL, D.C. Bar #416587
>    Assistant United States Attorney
>    U.S. Attorney's Office
>    Judiciary Center Building
>    555 4th Street, N.W.
>    Washington, D.C. 20530
>    (202) 514-7226