George G. Rider #141
2905 Jordan CT Ste B
Alpharetta, GA.
30004

Case # 1:06-CV-1091 GK

Clerk of The Court
U.S. District Court
District of Columbia
333 Constitutional Ave. N.W.
Washington, D.C. 20001

RECEIVED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

　　Please be advised that ~~~ I'm having problems with the delay of my mail.
　　Please change my mailing address to the above address. I Rather all future correspondence can be forwarded to:

George G. Rider #141
2905 Jordan CT. Ste B
Alpharetta, GA. 30004

over →

Sir/Madam, I thank you in advance for your time and kind assistance surrounding the change of my address. I trust also that you will docket my new address.

Sincerely

George G. Rider

RECEIVED

DEC 26 2006

MAYER WHITTINGTON, CLERK
DISTRICT COURT