UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE GERALD RIDER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1091 (GK) |
| | ) |
| **DRUG ENFORCEMENT ADMINISTRATION,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

Defendant filed a motion to dismiss or, in the alternative, for summary judgment. Plaintiff is proceeding *pro se*. Plaintiff was advised that if he failed to respond to defendant's motion by January 6, 2007, the Court could assume that the motion was conceded, grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff has not filed a response to the defendant's motion. Accordingly, it is

ORDERED that the defendant's motion to dismiss or, in the alternative, for summary judgment [16] is GRANTED. It is

FURTHER ORDERED that plaintiff's motion for default judgment [10] is DENIED. The case is DISMISSED.

/s/
GLADYS KESSLER
United States District Judge

DATE: